**Order entered December 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01322-CV

## IN THE INTEREST OF H.H., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-01144-W**

## ORDER

Before the Court is appellant's December 7, 2015 Motion to Extend Time to File Brief in which he requests an extension of time until January 31, 2016, or an extension of time determined by the Court. Appellant's brief was due November 30, 2015. On December 1, 2015, the Clerk of this Court notified appellant his brief was past due and directed him to file within seven days both his brief and an extension motion that complied with the Texas Rules of Appellate Procedure. Because this is an appeal of a parental termination case, this appeal is governed by the procedures for accelerated appeals in civil cases under the Texas Rules of Appellate Procedure. TEX. FAM. CODE ANN. § 263.405 (West 2015); TEX. R. APP. P. 28.4, 38.6.

We **GRANT** appellant's December 7, 2015 Motion to Extend Time to File Brief and **ORDER** appellant to file his brief by December 28, 2015. No further extensions will be granted.

/s/     ELIZABETH LANG-MIERS
        PRESIDING JUSTICE